UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:03-cr-228-RLH-LRL |
| | ) | |
| vs. | ) | |
| | ) | |
| V'ANDRE BONNER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#13) on August 26, 2003.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** Social Security Administration
**Total Amount of Restitution Ordered:** $10,211.00

Dated this ___8___ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE